UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JANET BRESKY,

    Plaintiff,

v.                                       Case No. 2:20-cv-600-JLB-NPM

BOSTON SCIENTIFIC CORPORATION,

    Defendant.
_____/

## ORDER

The parties have stipulated to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 72.) The stipulation is self-executing. Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012). The Clerk of Court is **DIRECTED** to close the file.

**ORDERED** in Fort Myers, Florida, on May 20, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE